UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

PAOLO MENICOCCI,

    Plaintiff,

v.

OCEAN CC, LLC d/b/a FORTE DE MARMI,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant OCEAN CC, LLC ("Defendant Ocean CC"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

    1.    On or about May 1, 2019, Plaintiff PAOLO MENICOCCI ("Plaintiff") filed a civil action in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Paolo Menicocci v. Ocean, CC, LLC d/b/a Forte De Marmi and Mario Roitman[1], individually,* Case No. 2019-013119-CA-01 (hereinafter referred to as the "State Court Action").

    2.    Plaintiff's Complaint contains the following causes of action: (1) breach of contract against Defendant Ocean CC (Count I), (2) failure to pay minimum wage compensation

---

[1] Defendant Roitman was not served with the Complaint and Summons. However, that is moot because Plaintiff agreed to voluntarily dismiss him from this lawsuit.

in violation of the Fair Labor Standards Act ("FLSA") against Defendant Ocean CC (Count II); and (3) failure to pay overtime compensation in violation of the FLSA against Defendant Mario Roitman (Count III).[2]

3.  This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted a claim under the FLSA. This Court has supplemental jurisdiction over Plaintiff's breach of contract claim pursuant to 28 U.S.C. §1367(a).

4.  A copy of the Complaint and Summons in the State Court Action was served upon Defendant Ocean CC on May 8, 2019. This constituted Defendant Ocean CC's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant Ocean CC received notice of the State Court Action.

5.  For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6.  The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. § 1441(a). The Southern District, Miami Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Miami-Dade County, Florida.

7.  A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

---

[2] The parties filed a Joint Stipulation for Voluntary Dismissal of Defendant Mario Roitman on June 5, 2019, and an Order dismissing him was issued on June 5, 2019

8.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 7th day of June 2019.

                Respectfully submitted,

                LITTLER MENDELSON, P.C.
                Wells Fargo Center
                333 S.E. 2nd Avenue, Suite 2700
                Miami, Florida 33131
                Tel: (305) 400-7500
                Fax: (305) 603-2552

                By: */s/ Stella S. Chu*
                      Aaron Reed
                      Florida Bar No. 0557153
                      Primary E-mail: *areed@littler.com*
                      Secondary E-mail: *btapia@littler.com*
                      Stella S. Chu
                      Florida Bar No. 060519
                      Primary E-mail: *sschu@littler.com*
                      Secondary E-mail: *kljackson@littler.com*

                *Counsel for Defendant Ocean CC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June 2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ Stella S. Chu
Stella S. Chu

## SERVICE LIST

Jason S. Remer, Esq.,
Miriam Brooks, Esq.,
Manuel A. Antommattei, Esq.,
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street,
Suite 2200,
Miami, Florida 33130
jremer@rgpattorneys.com
mbrooks@rgpattorneys.com
maa@rgpattorneys.com

*Counsel for Plaintiff*

FIRMWIDE:164739020.1 103301.1002